# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. BK 10-81026 |
| | ) | |
| | ) | Chapter 11 |
| TIBURON POINTE APARTMENTS, L.P. | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## SUPPLEMENTAL AFFIDAVIT OF DIANA J. VOGT IN SUPPORT
## OF MOTION TO APPOINT TRUSTEE

Comes now DIANA J. VOGT, being first duly sworn, upon oath, and deposes and states as follows:

1. That I am a person over the age of twenty-one years and if called to testify would swear to the following:

2. That I am one of the attorneys representing a party in the foregoing matter and, as such, have personal of all matters stated herein.

3. Exhibit A to this Affidavit is a true and correct copy of the statement from the Sarpy County Assessor's web site showing that there are unpaid property taxes on Tiburon Pointe.

4. I accessed this through the Assessor's web site and saved the document on Tuesday, October 12, 2010.

5. Further Affiant sayeth not.

_____
Diana J. Vogt

1

STATE OF NEBRASKA   )
                    )ss.
COUNTY OF DOUGLAS   )

Subscribed and sworn to before me this 13th day of October, 2010 by a person known to me to be Diana J. Vogt.

*Sharon Gutru-Essay*
Subscribed and sworn to before me
Notary Public in and for Said State

GENERAL NOTARY - State of Nebraska
SHARON GUTRU-ESSAY
My Comm. Exp. May 24, 2014